IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| KIARA T. IVEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 117-119 |
| | ) |
| NANCY A. BERRYHILL, Deputy | ) |
| Commissioner for Operations of the Social | ) |
| Security Administration, Performing the | ) |
| Duties and Functions Not Reserved to the | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 15). Plaintiff does not offer any new information, evidence, or argument that warrants a deviation from the Magistrate Judge's recommendation, and only one argument warrants further comment.

Plaintiff argues the Magistrate Judge improperly applied the Eleventh Circuit's decision in Lewen v. Comm'r of Soc. Sec., 605 F. App'x 967, to her case because in Lewen, the ALJ specifically limited the claimant's interactions with her supervisors. (Doc. no. 15, pp. 2-3.) However, Plaintiff's argument ignores Brothers v. Comm'r of Soc. Sec., also cited by the Magistrate Judge, in which the Eleventh Circuit held, "The administrative law judge

was not required to refer to supervisors when the residual functional capacity assessment and the hypothetical question included a restriction on [Plaintiff]'s social interaction in the workplace." 648 F. App'x 938, 939 (11th Cir. 2016). Thus, the Magistrate Judge correctly concluded the ALJ's RFC limitations "sufficiently account for Dr. Janit's opinion Plaintiff would be probably limited moderately in dealing with the stresses and pressures of the average work setting." (Doc. no. 13, p. 6.)

Accordingly, the Court **OVERRULES** the objections, **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **AFFIRMS** the Deputy Commissioner's final decision, **CLOSES** this civil action, and **DIRECTS** the Clerk to enter final judgment in favor of the Deputy Commissioner.

SO ORDERED this ____ day of July, 2018, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2