# United States District Court
## Southern District of Georgia

KIARA T. IVEY,

        Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 117-119

NANCY A. BERRYHILL, Deputy Commissioner for Operations of the Social Security Administration, Performing the Duties and Functions Not Reserved to the Commissioner of Social Security,

        Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated July 9, 2018 adopting the Report and Recommendation of the Magistrate Judge as the opinion of the Court, that the Deputy Commissioner's final decision is affirmed and judgment is hereby entered in favor of the Deputy Commissioner. This case stands closed.



| 07/09/2018 | Scott L. Poff |
|---|---|
| Date | Clerk |

/s/ Jamie Hodge
(By) Deputy Clerk